SHOOK HARDY & BACON L.L.P.
AMIR NASSIHI (SBN 235936)
anassihi@shb.com
One Montgomery, Suite 2700
San Francisco, CA 94104
Telephone: 415.544.1900
Facsimile: 415.391.0281

SHOOK HARDY & BACON L.L.P.
STEVEN D. SODEN (*pro hac vice to be filed*)
ssoden@shb.com
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547

*Attorneys for Defendant*
DIAMOND PET FOODS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN E. GROSSMAN, and RICHARD DAVID CLASSICK, JR. Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SCHELL & KAMPETER, INC. d/b/a DIAMOND PET FOODS, and DIAMOND PET FOODS INC.,<br><br>Defendants. | Case No.: 2:18-cv-02344-JAM-AC<br><br>**STIPULATION AND ORDER TO FILE SECOND AMENDED COMPLAINT AND SET MOTION TO DISMISS BRIEFING SCHEDULE** |

Plaintiffs MARTIN E. GROSSMAN, and RICHARD DAVID CLASSICK, JR. ("Plaintiffs") and Defendant SCHELL & KAMPETER, INC. d/b/a DIAMOND PET FOODS (also improperly named as Diamond Pet Foods Inc.) ("Defendant"), collectively referred to as the "Parties," by and through their respective counsel, hereby stipulate as follows:

1. On August 28, 2018, Plaintiff Martin E. Grossman filed his Class Action Complaint in federal court against Defendant that included a claim for violations of the CLRA and requested injunctive and equitable relief pursuant to the CLRA. (ECF No. 1)

2. On September 5, 2018, Plaintiff filed an amended complaint, adding Richard David Classick, Jr. as a named Plaintiff. (ECF No. 4)

3. Defendant's current deadline to respond to Plaintiffs' Amended Complaint is October 18, 2018. (ECF No. 6)

4. On September 18, 2018, Plaintiffs provided notice to defendant of alleged violations of California's Consumers Legal Remedies Act ("CLRA") and requested relief within 30 days of receipt, or Plaintiffs would subsequently request damages pursuant to the CLRA;

5. Plaintiffs anticipate seeking to further amend the complaint to add a claim for damages under the CLRA after the expiration of the 30-day notice period.

6. Counsel for the Parties conferred, and Defendant does not oppose the filing of Plaintiffs' Second Amended Complaint, without waiver of any and all objections Defendant may have to the CLRA letter, including to the timeliness of the CLRA letter;

7. The Parties further conferred regarding a briefing schedule for Defendant's anticipated motion to dismiss Plaintiffs' Second Amended Complaint. **NOW, THEREFORE,** the Parties hereby agree and **STIPULATE** as follows:

    a. Plaintiffs shall file and serve their Second Amended Complaint on or before October 19, 2018;

    b. Defendant shall file and serve its Motion to Dismiss Plaintiffs' Second Amended Complaint on or before November 20, 2018;

| | | |
|---|---|---|
| 1 | c. | Plaintiffs shall file and serve their opposition to Defendants' Motion to Dismiss on or before December 20, 2018; |
| 2 | d. | Defendant shall file and serve a reply in support of its Motion to Dismiss on or before January 16, 2019; and |
| 3 | e. | Defendant's Motion to Dismiss shall be set for hearing on Tuesday, February 5, 2019 at 1:30 p.m. |

**IT IS SO STIPULATED.**

Dated: October 11, 2018　　　　　　　　　　Lockridge Grindal Nauen P.L.L.P.

　　　　　　　　　　　　　　　　　　　　/s/ *Rebecca A. Peterson* [as authorized on 10/11/18]
　　　　　　　　　　　　　　　　　　　　REBECCA A. PETERSON

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*
　　　　　　　　　　　　　　　　　　　　Martin Grossman and Richards David Classick, Jr.

Dated: October 11, 2018　　　　　　　　　　Shook, Hardy & Bacon L.L.P.

　　　　　　　　　　　　　　　　　　　　/s/ *Amir Nassihi*
　　　　　　　　　　　　　　　　　　　　AMIR NASSIHI

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　Diamond Pet Foods

### ATTESTATION OF SIGNATURE

Pursuant to Civil L.R. 131(e), the undersigned hereby attests that concurrence in the filing of this document has been obtained from all signatories hereto.

Dated: October 11, 2018

　　　　　　　　　　　　　　　　　　　　/s/ *Amir Nassihi*
　　　　　　　　　　　　　　　　　　　　Amir Nassihi

**ORDER**

The parties' above-referenced stipulation is hereby GRANTED.

IT IS SO ORDERED.

Dated: 10/11/2018  /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ