1  SHOOK HARDY & BACON L.L.P.
   AMIR NASSIHI (SBN 235936)
2  anassihi@shb.com
   One Montgomery, Suite 2600
3  San Francisco, CA 94104
   Telephone: 415.544.1900
4  Facsimile: 415.391.0281

5  SHOOK HARDY & BACON L.L.P.
   STEVEN D. SODEN (admitted *pro hac vice*)
6  ssoden@shb.com
   2555 Grand Boulevard
7  Kansas City, MO 64108
   Telephone: 816.474.6550
8  Facsimile: 816.421.5547

9  *Attorneys for Defendant*
   DIAMOND PET FOODS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DAVID CLASSICK, JR. Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SCHELL & KAMPETER, INC. d/b/a DIAMOND PET FOODS, and DIAMOND PET FOODS INC.,<br><br>Defendants. | Case No.: 2:18-cv-02344-JAM-AC<br><br>**STIPULATION AND ORDER TO FILE THIRD AMENDED COMPLAINT AND SET MOTION TO DISMISS BRIEFING SCHEDULE** |

Plaintiff RICHARD DAVID CLASSICK, JR. and Defendant SCHELL & KAMPETER, INC. d/b/a DIAMOND PET FOODS (also improperly named as Diamond Pet Foods Inc.), collectively referred to as the "Parties,"[1] by and through their respective counsel, hereby stipulate as follows:

1. On October 18, 2018, Plaintiffs filed a Second Amended Class Action Complaint. (ECF No. 9)

2. On November 20, 2018, Defendant filed a Motion to Dismiss Plaintiffs' Second Amended Complaint. (ECF No. 13)

3. On December 20, 2018, Plaintiffs filed their Opposition to Defendant's Motion to Dismiss. (ECF No. 14)

4. On January 15, 2019, Defendant filed a Reply Brief in support of its Motion to Dismiss. (ECF No. 18)

5. On March 21, 2019, this Court issued an order granting in part and denying in part Defendant's Motion to Dismiss. (ECF No. 23)

6. Plaintiff's current deadline to file a Third Amended Complaint is April 9, 2019, and Defendant's responsive pleading is due on April 29, 2019. (ECF No. 23)

7. The Parties' current deadline to hold a discovery conference is April 11, 2019.

8. Counsel for Parties conferred regarding a briefing schedule for Defendant's anticipated motion to dismiss Plaintiff's Third Amended Complaint. **NOW, THEREFORE,** the Parties hereby agree and **STIPULATE** as follows:

    a. Defendant's deadline to file and serve its Motion to Dismiss Plaintiff's Third Amended Complaint is continued from April 29, 2019 to May 7, 2019;

    b. Plaintiff shall file and serve an opposition to Defendant's Motion to Dismiss on or before May 30, 2019;

    c. Defendant shall file and serve its reply in support of its Motion to Dismiss on or before June 13, 2019.

---

[1] Plaintiff Martin E. Grossman has been dismissed and is no longer part of this case.

1             d.      The Parties must conduct a discovery conference by May 11, 2019.

**IT IS SO STIPULATED.**

Dated: April 8, 2019             Lockridge Grindal Nauen P.L.L.P.

/s/ *Rebecca A. Peterson* [as authorized on April 9, 2019]
REBECCA A. PETERSON

*Attorneys for Plaintiff*
Richards David Classick, Jr.

Dated: April 8, 2019             Shook, Hardy & Bacon L.L.P.

/s/ *Amir Nassihi*
AMIR NASSIHI
STEVEN D. SODEN

*Attorneys for Defendant*
Diamond Pet Foods

## **ATTESTATION OF SIGNATURE**

Pursuant to Civil L.R. 131(e), the undersigned hereby attests that concurrence in the filing of this document has been obtained from all signatories hereto.

Dated: April 8, 2019

/s/ *Amir Nassihi*
Amir Nassihi

**ORDER**

The parties' above-referenced stipulation is hereby GRANTED.

IT IS SO ORDERED.

Dated: 4/9/2019  /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ