1   SHOOK HARDY & BACON L.L.P.
    AMIR NASSIHI (SBN 235936)
2   anassihi@shb.com
    One Montgomery, Suite 2600
3   San Francisco, CA 94104
    Telephone: 415.544.1900
4   Facsimile: 415.391.0281

5   SHOOK HARDY & BACON L.L.P.
    STEVEN D. SODEN (admitted *pro hac vice*)
6   ssoden@shb.com
    2555 Grand Boulevard
7   Kansas City, MO 64108
    Telephone: 816.474.6550
8   Facsimile: 816.421.5547

9   *Attorneys for Defendant*
    DIAMOND PET FOODS
10

11                          UNITED STATES DISTRICT COURT

12                          EASTERN DISTRICT OF CALIFORNIA

13

14  RICHARD    DAVID    CLASSICK,    JR.        Case No.: 2:18-cv-02344-JAM-AC
    Individually  and  on  Behalf  of  All  Others
    Similarly Situated,                           **STIPULATION AND ORDER TO**
15                                                **EXTEND TIME TO FILE ANSWER TO**
                   Plaintiff,                     **THIRD AMENDED COMPLAINT**
16
    v.
17
    SCHELL & KAMPETER, INC. d/b/a
18  DIAMOND PET FOODS, and DIAMOND
    PET FOODS INC.,
19
                   Defendants.
20

21

22

23

24

25

26

27

28

1    Plaintiff RICHARD DAVID CLASSICK, JR. and Defendant SCHELL & KAMPETER,

2 INC. d/b/a DIAMOND PET FOODS (also improperly named as Diamond Pet Foods Inc.),

3 collectively referred to as the "Parties," by and through their respective counsel, hereby stipulate as

4 follows:

5    1.    On April 9, 2019, Plaintiffs filed a Third Amended Class Action Complaint. (ECF

6 No. 24)

7    2.    On May 7, 2019, Defendant filed a Motion to Dismiss. (ECF No. 27)

8    3.    On May 30, 2019, Plaintiff filed an Opposition to Defendant's Motion to Dismiss.

9 (ECF No. 29)

10    4.    On June 13, 2019, Defendant filed a Reply Brief in support of its Motion to Dismiss.

11 (ECF No. 30)

12    5.    On August 2, 2019, this Court issued an order granting Defendant's Motion to

13 Dismiss, ruling that Plaintiff's claims for equitable relief, which he seeks under the CLRA, FAL,

14 UCL, and as a general demand in the prayer for relief, are dismissed with prejudice. (ECF No. 32)

15    6.    Counsel for Parties conferred regarding Defendant's deadline to file an answer to

16 Plaintiff's Third Amended Complaint. **NOW, THEREFORE,** the Parties hereby agree and

17 **STIPULATE** that the deadline for Defendant to file an answer to Plaintiff's Third Amended

18 Complaint is extended to August 30, 2019.

19    **IT IS SO STIPULATED.**

20 Dated:  August 9, 2019                    Lockridge Grindal Nauen P.L.L.P.

21
                                           /s/ *Rebecca A. Peterson* [as authorized on 8/10/19]
22                                          REBECCA A. PETERSON

23                                          *Attorneys for Plaintiff*
                                           Richards David Classick, Jr.
24

25
   Dated:  August 9, 2019                    Shook, Hardy & Bacon L.L.P.
26

27                                          /s/ *Amir Nassihi*
                                           AMIR NASSIHI
28
                                           2

STEVEN D. SODEN

*Attorneys for Defendant*
Diamond Pet Foods

## **ATTESTATION OF SIGNATURE**

Pursuant to Civil L.R. 131(e), the undersigned hereby attests that concurrence in the filing of this document has been obtained from all signatories hereto.

Dated: August 9, 2019

*/s/ Amir Nassihi*
Amir Nassihi

## **ORDER**

The parties' above-referenced stipulation is hereby GRANTED.

IT IS SO ORDERED.

Dated: August 12, 2019

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ

3