1  LOCKRIDGE GRINDAL NAUEN P.L.L.P.
   ROBERT K. SHELQUIST
2  REBECCA A. PETERSON (241858)
3  100 Washington Avenue South, Suite 2200
   Minneapolis, MN 55401
4  Telephone: (612) 339-6900
   Facsimile: (612) 339-0981
5  E-mail: rapeterson@locklaw.com

6  Attorneys for Plaintiff

7  [Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DAVID CLASSICK, JR. Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br>v.<br><br>SCHELL & KAMPETER, INC. d/b/a DIAMOND PET FOODS, and DIAMOND PET FOODS INC.,<br><br>           Defendants. | Case No. 2:18-cv-02344-JAM-AC<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND ORDER TO EXTEND DATES**<br>**<u>(AS MODIFIED BY THE COURT)</u>** |

STIPULATION TO EXTEND DATES

Plaintiff RICHARD DAVID CLASSICK, JR. and Defendant SCHELL & KAMPETER, INC. d/b/a DIAMOND PET FOODS (also improperly named as Diamond Pet Foods Inc.), collectively referred to as the "Parties," by and through their respective counsel, hereby submit this Stipulation as follows:

Whereas, due to concerns surrounding the COVID-19 pandemic and the resulting postponement of upcoming party depositions, the parties desire to further extend the fact discovery cutoff by approximately three months and to set a status conference as set forth below:

|  | **Old Date** | **New Date** |
|---|---|---|
| Deadline to file Motion for Class Certification and serve Plaintiff's expert disclosures and reports | 07/17/2020 | 10/16/2020 |
| Fact discovery cut-off | 08/17/2020 | 11/17/2020 |
| Deadline for Plaintiff to produce experts for deposition | 09/01/2020 | 12/01/2020 |
| Deadline to amend pleadings | Plaintiff proposed 10/01/2020<br>Defendant proposed 09/30/2019 | Plaintiff proposed 012/17/2021<br>Defendant proposed 09/30/2019 |
| Deadline to file opposition to Motion for Class Certification and serve Defendant's expert disclosures and reports | 10/06/2020 | 01/15/2021 |
| Deadline for Defendants to produce experts for deposition | 11/03/2020 | 02/12/2021 |
| Deadline to file reply regarding Motion for Class Certification | 11/24/2020 | 03/5/2021 |
| Class Certification Hearing | 12/15/2020 | **04/06/21 @ 1:30 p.m.** |

- 1 -
STIPULATION TO EXTEND DATES

**IT IS SO STIPULATED AND AGREED.**

Dated: April 3, 2020

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
Robert K. Shelquist
Rebecca A. Peterson (241858)

By: s/ Rebecca A. Peterson
Rebecca A. Peterson, #392663
100 South Washington Ave., Suite 2200
Minneapolis, MN 55401
Telephone: 612-339-6900
Facsimile: 612-339-0981
E-mail: rkshelquist@locklaw.com
rapeterson@locklaw.com

LITE DEPALMA GREENBERG, LLC
Joseph DePalma
Steven J. Greenfogel
Susana Cruz-Hodge
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
E-mail: jdepalma@litedepalma.com
sgreenfogel@litedepalma.com
scruzhodge@litedepalma.com

GUSTAFSON GLUEK PLLC
Daniel E. Gustafson,
Karla M. Gluek
Raina C. Borrelli
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
E-mail: dgustafson@gustafsongluek.com
kgluek@gustafsongluek.com
rborrelli@gustafsongluek.com

- 2 -
STIPULATION TO EXTEND DATES

| | |
|---|---|
| | ROBBINS LLP<br>Kevin A. Seely<br>Steven M. McKany<br>600 B Street, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991<br>E-mail: kseely@robbinsllp.com<br>smckany@robbinsllp.com<br><br>CUNEO GILBERT & LADUCA, LLP<br>Charles Laduca<br>Katherine Van Dyck<br>4725 Wisconsin Avenue NW, Suite 200<br>Washington, DC 20016<br>Telephone:(202) 789-3960<br>Facsimile: (202) 789-1813<br>E-mail: charles@cuneolaw.com<br>kvandyck@cuneolaw.com<br><br>**Attorneys for Plaintiff** |
| Dated: April 3, 2020 | SHOOK HARDY & BACON L.L.P.<br>AMIR NASSIHI (SBN 235936)<br><br>By: s/ Amir Nassihi<br>AMIR NASSIHI<br><br>One Montgomery, Suite 2600<br>San Francisco, CA 94104<br>Telephone: 415.544.1900<br>Facsimile: 415.391.0281<br>E-mail: anassihi@shb.com<br><br>SHOOK HARDY & BACON L.L.P.<br>STEVEN D. SODEN (*admitted pro hac vice*)<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>Telephone: 816.474.6550<br>Facsimile: 816.421.5547<br>E-mail: ssoden@shb.com<br><br>**Attorneys for Defendant SCHELL & KAMPETER, INC. d/b/a DIAMOND PET FOODS (also improperly named as Diamond Pet Foods Inc.)** |

## ATTESTATION OF SIGNATURE

Pursuant to Civil L.R. 131(e), the undersigned hereby attests that concurrence in the filing of this document has been obtained from all signatories hereto

Dated: April 3, 2020                s/ Rebecca A. Peterson

ORDER **(AS MODIFED BY THE COURT)**

The parties' above-referenced stipulation is hereby GRANTED.

IT IS SO ORDERED.

Dated: 4/3/2020                         /s/ John A. Mendez
                                        THE HON. JOHN A. MENDEZ