SHOOK HARDY & BACON L.L.P.
AMIR NASSIHI (SBN 235936)
anassihi@shb.com
One Montgomery, Suite 2600
San Francisco, CA 94104
Telephone: 415.544.1900
Facsimile: 415.391.0281

SHOOK HARDY & BACON L.L.P.
STEVEN D. SODEN (admitted *pro hac vice*)
ssoden@shb.com
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547

*Attorneys for Defendant*
DIAMOND PET FOODS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DAVID CLASSICK, JR. Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SCHELL & KAMPETER, INC. d/b/a DIAMOND PET FOODS, and DIAMOND PET FOODS INC.,<br><br>Defendants. | Case No.: 2:18-cv-02344-JAM-AC<br><br>**JOINT STIPULATION AND ORDER EXTENDING THE BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>**(AS MODIFIED BY THE COURT)** |

Plaintiff RICHARD DAVID CLASSICK, JR. and Defendant SCHELL & KAMPETER, INC. d/b/a DIAMOND PET FOODS (also improperly named as Diamond Pet Foods Inc.), collectively referred to as the "Parties," by and through their respective counsel, hereby stipulate as follows:

1. On April 3, 2020, this Court granted the parties' stipulation requesting an extension of discovery and class certification deadlines in light of concerns surrounding the COVID-19 pandemic and resulting postponement of depositions;

2. Plaintiff has requested several depositions be scheduled but due to continued concerns surrounding the COVID-19 pandemic and related issues Defendants' have had difficulties in scheduling the depositions. Therefore, the parties would like to further extend the briefing schedule on Plaintiff's motion for class certification as set forth below:

|  | **Old Date** | **New Date** |
|---|---|---|
| Deadline to file Motion for Class Certification and serve Plaintiff's expert disclosures and reports | 10/16/2020 | 12/21/2020 |
| Fact discovery cut-off | 11/17/2020 | 1/22/2021 |
| Deadline for Plaintiff to produce experts for depositions | 12/01/2020 | 02/08/2021 |
| Deadline to amend pleadings | Plaintiff proposed 12/17/2021<br>Defendant proposed 9/30/19 | Plaintiff proposed 12/17/21<br>Defendant proposed 9/30/19 |
| Deadline to file opposition to Motion for Class Certification and serve Defendant's expert | 1/15/2021 | 3/22/2021 |

| | | |
|---|---|---|
| disclosures and reports | | |
| Deadline for Defendant to produce experts for deposition | 2/12/2021 | 4/19/2021 |
| Deadline to file reply regarding Motion for Class Certification | 3/5/21 | 5/10/21 |
| Class Certification Hearing | 4/6/2021 | **6/15/2021 at 1:30 p.m**. |

**IT IS SO STIPULATED AND AGREED.**


Dated:  July 29, 2020                                    Lockridge Grindal Nauen P.L.L.P.


                                                                          */s/ Rebecca A. Peterson* (as authorized on 7/28/20)
                                                                          REBECCA A. PETERSON

                                                                          *Attorneys for Plaintiff*
                                                                          Richards David Classick, Jr.


Dated:  July 29, 2020                                    Shook, Hardy & Bacon L.L.P.


                                                                          */s/ Amir Nassihi*
                                                                          AMIR NASSIHI
                                                                          STEVEN D. SODEN

                                                                          *Attorneys for Defendant*
                                                                          Diamond Pet Foods


### ATTESTATION OF SIGNATURE

   Pursuant to Civil L.R. 131(e), the undersigned hereby attests that concurrence in the filing of this document has been obtained from all signatories hereto.


Dated: July 29, 2020
                                                                          */s/ Amir Nassihi*
                                                                          Amir Nassihi

**ORDER (AS MODIFIED BY THE COURT)**

The parties' above-referenced stipulation is hereby GRANTED.

IT IS SO ORDERED.

Dated:   July 30, 2020                    /s/ John A. Mendez
                                          United States District Court Judge