LOCKRIDGE GRINDAL NAUEN P.L.L.P.
ROBERT K. SHELQUIST
REBECCA A. PETERSON (241858)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rapeterson@locklaw.com

Attorneys for Plaintiff

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DAVID CLASSICK, JR. Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>SCHELL & KAMPETER, INC. d/b/a DIAMOND PET FOODS, and DIAMOND PET FOODS INC.,<br><br>Defendants. | Case No. 2:18-cv-02344-JAM-AC<br><br>CLASS ACTION<br><br>**SECOND STIPULATION AND ORDER TO EXTEND DATES** |

Plaintiff RICHARD DAVID CLASSICK, JR. and Defendant SCHELL & KAMPETER, INC. d/b/a DIAMOND PET FOODS (also improperly named as Diamond Pet Foods Inc.), collectively referred to as the "Parties," by and through their respective counsel, hereby submit this Stipulation as follows:

Whereas, the parties have completed certain party depositions and defendant has completed document production.

Whereas, the parties are engaging in meet and confers concerning the document production and attempting to schedule all other parties depositions.

Whereas, the parties desire to further extend the class certification and expert deadlines and the discovery cutoff by two months.

Therefore, the parties would like to further extend the briefing schedule on Plaintiff's motion for class certification and the related expert disclosures as set forth below:

|  | **Old Date** | **New Date** |
|---|---|---|
| Deadline to file Motion for Class Certification and serve Plaintiff's expert disclosures and reports | 12/21/2020 | 2/22/2021 |
| Fact discovery cut-off | 1/22/2021 | 3/22/2021 |
| Deadline for Plaintiff to produce experts for deposition | 2/8/2021 | 4/8/2021 |
| Deadline to amend pleadings | Plaintiff proposed 12/17/2021<br><br>Defendant proposed 09/30/2019 | Plaintiff proposed 012/17/2021<br><br>Defendant proposed 09/30/2019 |
| Deadline to file opposition to Motion for Class Certification and serve Defendant's expert disclosures and reports | 3/22/2021 | 5/21/2021 |

- 1 -
SECOND STIPULATION TO EXTEND DATES

|  | **Old Date** | **New Date** |
|---|---|---|
| Deadline for Defendants to produce experts for deposition | 4/19/2021 | 6/18/2021 |
| Deadline to file reply regarding Motion for Class Certification | 5/10/2021 | 7/9/2021 |
| Class Certification Hearing | 6/15/2021 at 1:30 p.m. |  |

**IT IS SO STIPULATED AND AGREED.**

Dated: November 2, 2020

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
Robert K. Shelquist
Rebecca A. Peterson (241858)

By: s/ Rebecca A. Peterson
Rebecca A. Peterson, #392663
100 South Washington Ave., Suite 2200
Minneapolis, MN 55401
Telephone: 612-339-6900
Facsimile: 612-339-0981
E-mail: rkshelquist@locklaw.com
rapeterson@locklaw.com

LITE DEPALMA GREENBERG, LLC
Joseph DePalma
Steven J. Greenfogel
Susana Cruz-Hodge
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
E-mail: jdepalma@litedepalma.com
sgreenfogel@litedepalma.com
scruzhodge@litedepalma.com

- 2 -
SECOND STIPULATION TO EXTEND DATES

GUSTAFSON GLUEK PLLC
Daniel E. Gustafson,
Karla M. Gluek
Raina C. Borrelli
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
E-mail: dgustafson@gustafsongluek.com
kgluek@gustafsongluek.com
rborrelli@gustafsongluek.com


ROBBINS LLP
Kevin A. Seely
Steven M. McKany
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: kseely@robbinsllp.com
smckany@robbinsllp.com

CUNEO GILBERT & LADUCA, LLP
Charles Laduca
Katherine Van Dyck
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone:(202) 789-3960
Facsimile: (202) 789-1813
E-mail: charles@cuneolaw.com
kvandyck@cuneolaw.com

**Attorneys for Plaintiff**

Dated: November 2, 2020        SHOOK HARDY & BACON L.L.P.
                               AMIR NASSIHI (SBN 235936)

                               By: s/ Amir Nassihi
                               AMIR NASSIHI

                               One Montgomery, Suite 2600
                               San Francisco, CA 94104
                               Telephone: 415.544.1900
                               Facsimile: 415.391.0281
                               E-mail: anassihi@shb.com

- 3 -
SECOND STIPULATION TO EXTEND DATES

| | |
|---|---|
| 1 | SHOOK HARDY & BACON L.L.P. |
| 2 | STEVEN D. SODEN (*admitted pro hac vice*) |
|   | 2555 Grand Boulevard |
| 3 | Kansas City, MO 64108 |
|   | Telephone: 816.474.6550 |
| 4 | Facsimile: 816.421.5547 |
|   | E-mail: ssoden@shb.com |

**Attorneys for Defendant SCHELL & KAMPETER, INC. d/b/a DIAMOND PET FOODS (also improperly named as Diamond Pet Foods Inc.)**

- 4 -

SECOND STIPULATION TO EXTEND DATES

**ATTESTATION OF SIGNATURE**

Pursuant to Civil L.R. 131(e), the undersigned hereby attests that concurrence in the filing of this document has been obtained from all signatories hereto

Dated:  November 2, 2020                        s/  Rebecca A. Peterson

- 5 -

SECOND STIPULATION TO EXTEND DATES

ORDER

The parties' above-referenced stipulation is hereby GRANTED.

IT IS SO ORDERED.

DATED: November 2, 2020                 /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE