LOCKRIDGE GRINDAL NAUEN P.L.L.P.
ROBERT K. SHELQUIST
REBECCA A. PETERSON (241858)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rapeterson@locklaw.com

Attorneys for Plaintiff

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DAVID CLASSICK, JR. Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>SCHELL & KAMPETER, INC. d/b/a DIAMOND PET FOODS, and DIAMOND PET FOODS INC.,<br><br>Defendants. | Case No. 2:18-cv-02344-JAM-AC<br><br>CLASS ACTION<br><br>**STIPULATION AND ORDER TO EXTEND DATES** |

STIPULATION TO EXTEND DATES

Plaintiff RICHARD DAVID CLASSICK, JR. and Defendant SCHELL & KAMPETER, INC. d/b/a DIAMOND PET FOODS (also improperly named as Diamond Pet Foods Inc.), collectively referred to as the "Parties," by and through their respective counsel, hereby submit this Stipulation as follows:

Whereas, the parties have completed certain party depositions;

Whereas, Defendant has stated its intention to produce additional documents based on the meet and confers that will be relevant to the upcoming depositions;

Whereas, the parties have agreed to push out the currently scheduled depositions so the document production can be completed;

Whereas, Plaintiff will be filing a Fourth Amended Complaint to conform to the evidence based on the parties agreement;

Whereas, Defendant intends to file a motion to dismiss; and

Whereas, the parties desire to further extend the class certification and expert deadlines and the discovery cutoff by 60 days to allow for completion of the document production, depositions and an order on the anticipated motion to dismiss.

Therefore, the parties would like to further extend the briefing schedule on Plaintiff's motion for class certification and the related expert disclosures as set forth below:

|  | **Old Date** | **New Date** |
| --- | --- | --- |
| Deadline to file Motion for Class Certification and serve Plaintiff's expert disclosures and reports | 2/22/2021 | 4/23/21 |
| Fact discovery cut-off | 3/22/2021 | 5/21/21 |
| Deadline for Plaintiff to produce experts for deposition | 4/8/2021 | 6/7/21 |

- 1 -
STIPULATION TO EXTEND DATES

|  | **Old Date** | **New Date** |
|---|---|---|
| Deadline to amend pleadings | Plaintiff proposed 012/17/2021<br><br>Defendant proposed 09/30/2019 | 1/31/2021 |
| Deadline to file opposition to Motion for Class Certification and serve Defendant's expert disclosures and reports | 5/21/2021 | 7/20/21 |
| Deadline for Defendants to produce experts for deposition | 6/18/2021 | 8/17/21 |
| Deadline to file reply regarding Motion for Class Certification | 7/9/2021 | 9/7/21 |
| Class Certification Hearing |  | 10/19/21 at 1:30 PM |

**IT IS SO STIPULATED AND AGREED.**


Dated: December 30, 2020        LOCKRIDGE GRINDAL NAUEN P.L.L.P.
                                Robert K. Shelquist
                                Rebecca A. Peterson (241858)


                                By: s/ Rebecca A. Peterson
                                Rebecca A. Peterson, #392663
                                100 South Washington Ave., Suite 2200
                                Minneapolis, MN 55401
                                Telephone: 612-339-6900
                                Facsimile: 612-339-0981
                                E-mail: rkshelquist@locklaw.com
                                rapeterson@locklaw.com

- 2 -

STIPULATION TO EXTEND DATES

```
 1                          LITE DEPALMA GREENBERG, LLC
                            Joseph DePalma
 2                          Steven J. Greenfogel
                            Susana Cruz-Hodge
 3                          570 Broad Street, Suite 1201
                            Newark, NJ 07102
 4                          Telephone: (973) 623-3000
                            E-mail: jdepalma@litedepalma.com
 5                          sgreenfogel@litedepalma.com
                            scruzhodge@litedepalma.com
 6
 7                          GUSTAFSON GLUEK PLLC
                            Daniel E. Gustafson,
 8                          Karla M. Gluek
                            Raina C. Borrelli
 9                          Canadian Pacific Plaza
                            120 South 6th Street, Suite 2600
10                          Minneapolis, MN 55402
                            Telephone: (612) 333-8844
11                          Facsimile: (612) 339-6622
                            E-mail: dgustafson@gustafsongluek.com
12                          kgluek@gustafsongluek.com
                            rborrelli@gustafsongluek.com
13
14
15                          ROBBINS LLP
                            Kevin A. Seely
16                          600 B Street, Suite 1900
                            San Diego, CA 92101
17                          Telephone: (619) 525-3990
                            Facsimile: (619) 525-3991
18                          E-mail: kseely@robbinsllp.com
19
                            CUNEO GILBERT & LADUCA, LLP
20                          Charles Laduca
                            Katherine Van Dyck
21                          4725 Wisconsin Avenue NW, Suite 200
                            Washington, DC 20016
22                          Telephone:(202) 789-3960
                            Facsimile: (202) 789-1813
23                          E-mail: charles@cuneolaw.com
                            kvandyck@cuneolaw.com
24
25                          **Attorneys for Plaintiff**
26
27
28
                                    - 3 -
                         STIPULATION TO EXTEND DATES
```

| | |
|---|---|
| Dated: December 30, 2020 | SHOOK HARDY & BACON L.L.P.<br>AMIR NASSIHI (SBN 235936)<br><br>By: s/ Amir Nassihi<br>AMIR NASSIHI<br><br>One Montgomery, Suite 2600<br>San Francisco, CA 94104<br>Telephone: 415.544.1900<br>Facsimile: 415.391.0281<br>E-mail: anassihi@shb.com<br><br>SHOOK HARDY & BACON L.L.P.<br>STEVEN D. SODEN (*admitted pro hac vice*)<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>Telephone: 816.474.6550<br>Facsimile: 816.421.5547<br>E-mail: ssoden@shb.com<br><br>**Attorneys for Defendant SCHELL & KAMPETER, INC. d/b/a DIAMOND PET FOODS (also improperly named as Diamond Pet Foods Inc.)** |

**ATTESTATION OF SIGNATURE**

Pursuant to Civil L.R. 131(e), the undersigned hereby attests that concurrence in the filing of this document has been obtained from all signatories hereto

Dated: December 30, 2020           s/ Rebecca A. Peterson

ORDER

The parties' above-referenced stipulation is hereby GRANTED.

IT IS SO ORDERED.

Dated: December 30, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE