SHOOK HARDY & BACON L.L.P.
AMIR NASSIHI (SBN 235936)
anassihi@shb.com
One Montgomery, Suite 2600
San Francisco, CA 94104
Telephone: 415.544.1900
Facsimile: 415.391.0281

SHOOK HARDY & BACON L.L.P.
STEVEN D. SODEN (admitted *pro hac vice*)
ssoden@shb.com
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547

*Attorneys for Defendant*
DIAMOND PET FOODS

[additional counsel listed in signature block]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DAVID CLASSICK, JR. Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SCHELL & KAMPETER, INC. d/b/a DIAMOND PET FOODS, and DIAMOND PET FOODS INC.,<br><br>Defendants. | Case No.: 2:18-cv-02344-JAM-AC<br><br>**JOINT STIPULATION AND ORDER REGARDING DEADLINE TO RESPOND TO FOURTH AMENDED COMPLAINT** |

Plaintiff RICHARD DAVID CLASSICK, JR. and Defendant SCHELL & KAMPETER, INC. d/b/a DIAMOND PET FOODS (also improperly named as Diamond Pet Foods Inc.), collectively referred to as the "Parties," by and through their respective counsel, have met and conferred regarding Defendant's deadline to respond to Plaintiff's Fourth Amended Complaint and subject to Court approval, hereby stipulate as follows:

1. Defendant's deadline to respond to Plaintiff's fourth amended complaint shall be extended from February 2, 2021 to February 18, 2021.

**IT IS SO STIPULATED AND AGREED.**

Dated: January 27, 2021              Lockridge Grindal Nauen P.L.L.P.

                                     */s/ Rebecca A. Peterson*
                                     REBECCA A. PETERSON

                                     *Attorneys for Plaintiff*
                                     Richards David Classick, Jr.

Dated: January 27, 2021              Shook, Hardy & Bacon L.L.P.

                                     */s/ Amir Nassihi*
                                     AMIR NASSIHI
                                     STEVEN D. SODEN

                                     *Attorneys for Defendant*
                                     Diamond Pet Foods

**ORDER**

The parties' above-referenced stipulation is hereby GRANTED.

IT IS SO ORDERED.

DATED: January 27, 2021                   /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE