SHOOK HARDY & BACON L.L.P.
AMIR NASSIHI (SBN 235936)
anassihi@shb.com
One Montgomery, Suite 2600
San Francisco, CA 94104
Telephone: 415.544.1900
Facsimile: 415.391.0281

SHOOK HARDY & BACON L.L.P.
STEVEN D. SODEN (admitted *pro hac vice*)
ssoden@shb.com
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547

*Attorneys for Defendant*
DIAMOND PET FOODS

[additional counsel listed in signature block]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DAVID CLASSICK, JR. Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SCHELL & KAMPETER, INC. d/b/a DIAMOND PET FOODS, and DIAMOND PET FOODS INC.,<br><br>Defendants. | Case No.: 2:18-cv-02344-JAM-AC<br><br>**JOINT STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS** |

Plaintiff RICHARD DAVID CLASSICK, JR. and Defendant SCHELL & KAMPETER, INC. d/b/a DIAMOND PET FOODS (also improperly named as Diamond Pet Foods Inc.), collectively referred to as the "Parties," by and through their respective counsel, have met and conferred regarding the briefing schedule on Defendant's motion to dismiss Plaintiff's fourth amended complaint, and subject to Court approval, hereby stipulate as follows:

1. Plaintiff's response to Defendant's motion to dismiss shall be due by March 17, 2021; and
2. Defendant's reply in support of its motion to dismiss shall be due by April 9, 2021.

**IT IS SO STIPULATED AND AGREED.**

Dated:  February 12, 2021					Lockridge Grindal Nauen P.L.L.P.


								*/s/ Rebecca A. Peterson*
								REBECCA A. PETERSON

								*Attorneys for Plaintiff*
								Richards David Classick, Jr.


Dated:  February 12, 2021					Shook, Hardy & Bacon L.L.P.


								*/s/ Amir Nassihi*
								AMIR NASSIHI
								STEVEN D. SODEN

								*Attorneys for Defendant*
								Diamond Pet Foods

**ORDER**

The parties' above-referenced stipulation is hereby GRANTED.

IT IS SO ORDERED.

DATED: February 16, 2021      /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE