LOCKRIDGE GRINDAL NAUEN P.L.L.P.
ROBERT K. SHELQUIST
REBECCA A. PETERSON (241858)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rapeterson@locklaw.com

Attorneys for Plaintiff

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DAVID CLASSICK, JR. Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>SCHELL & KAMPETER, INC. d/b/a DIAMOND PET FOODS, and DIAMOND PET FOODS INC.,<br><br>Defendants. | Case No. 2:18-cv-02344-JAM-AC<br><br>CLASS ACTION<br><br>**SECOND STIPULATION AND (PROPOSED) ORDER TO EXTEND DATES** |

1  Plaintiff RICHARD DAVID CLASSICK, JR. and Defendant SCHELL & KAMPETER,
2  INC. d/b/a DIAMOND PET FOODS (also improperly named as Diamond Pet Foods Inc.),
3  collectively referred to as the "Parties," by and through their respective counsel, hereby submit
4  this Stipulation as follows:
5  Whereas, Defendant filed a Motion to Dismiss on February 15, 2021;
6  Whereas, Plaintiff's intends to file its response to the Motion to Dismiss on March 17,
7  2021;
8  Whereas, Defendant intends to file its reply to the Motion to Dismiss on April 9, 2021;
9  Whereas, the hearing date on Defendant's Motion to Dismiss is currently scheduled for
10 April 20, 2021;
11 Whereas, the parties desire to further extend the class certification and expert deadlines and
12 the discovery cutoff by 60 days to allow for completion of the Motion Dismiss briefing and hearing
13 and an anticipated order.
14 Therefore, the parties would like to further extend the briefing schedule on Plaintiff's
15 motion for class certification and the related expert disclosures as set forth below:

|  | **Old Date** | **New Date** |
|---|---|---|
| Deadline to file Motion for Class Certification and serve Plaintiff's expert disclosures and reports | 04/23/21 | 06/22/21 |
| Fact discovery cut-off | 05/21/21 | 07/20/21 |
| Deadline for Plaintiff to produce experts for deposition | 06/07/21 | 08/06/21 |
| Deadline to file opposition to Motion for Class Certification and serve Defendant's expert disclosures and reports | 07/20/21 | 09/20/21 |

- 1 -

SECOND STIPULATION TO EXTEND DATES
Court File 2:18-cv-02344-JAM-AC

|  | **Old Date** | **New Date** |
|---|---|---|
| Deadline for Defendants to produce experts for deposition | 08/17/21 | 10/18/21 |
| Deadline to file reply regarding Motion for Class Certification | 09/07/21 | 11/08/21 |
| Class Certification Hearing |  |  |

**IT IS SO STIPULATED AND AGREED.**

Dated: March 2, 2021                    LOCKRIDGE GRINDAL NAUEN P.L.L.P.
                                        Robert K. Shelquist
                                        Rebecca A. Peterson (241858)


                                        By: s/ Rebecca A. Peterson
                                        Rebecca A. Peterson, #392663
                                        100 South Washington Ave., Suite 2200
                                        Minneapolis, MN 55401
                                        Telephone: 612-339-6900
                                        Facsimile: 612-339-0981
                                        E-mail: rkshelquist@locklaw.com
                                        rapeterson@locklaw.com

                                        LITE DEPALMA GREENBERG, LLC
                                        Joseph DePalma
                                        Steven J. Greenfogel
                                        Susana Cruz-Hodge
                                        570 Broad Street, Suite 1201
                                        Newark, NJ 07102
                                        Telephone: (973) 623-3000
                                        E-mail: jdepalma@litedepalma.com
                                        sgreenfogel@litedepalma.com
                                        scruzhodge@litedepalma.com

GUSTAFSON GLUEK PLLC
Daniel E. Gustafson,
Karla M. Gluek
Raina C. Borrelli
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
E-mail: dgustafson@gustafsongluek.com
kgluek@gustafsongluek.com
rborrelli@gustafsongluek.com


ROBBINS LLP
Kevin A. Seely
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: kseely@robbinsllp.com

CUNEO GILBERT & LADUCA, LLP
Charles Laduca
Katherine Van Dyck
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone:(202) 789-3960
Facsimile: (202) 789-1813
E-mail: charles@cuneolaw.com
kvandyck@cuneolaw.com

**Attorneys for Plaintiff**

- 3 -

| | | |
|---|---|---|
| 1 | Dated: March 2, 2021 | SHOOK HARDY & BACON L.L.P.<br>AMIR NASSIHI (SBN 235936) |
| 2 | | |
| 3 | | By: s/  Amir Nassihi<br>AMIR NASSIHI |
| 4 | | |
| 5 | | One Montgomery, Suite 2600<br>San Francisco, CA 94104<br>Telephone: 415.544.1900 |
| 6 | | Facsimile: 415.391.0281<br>E-mail: anassihi@shb.com |
| 7 | | |
| 8 | | SHOOK HARDY & BACON L.L.P.<br>STEVEN D. SODEN (*admitted pro hac vice*) |
| 9 | | 2555 Grand Boulevard<br>Kansas City, MO 64108 |
| 10 | | Telephone: 816.474.6550<br>Facsimile: 816.421.5547 |
| 11 | | E-mail: ssoden@shb.com |
| 12 | | **Attorneys for Defendant SCHELL &** |
| 13 | | **KAMPETER, INC. d/b/a DIAMOND PET FOODS (also improperly named as Diamond Pet** |
| 14 | | **Foods Inc.)** |

- 4 -

SECOND STIPULATION TO EXTEND DATES
Court File 2:18-cv-02344-JAM-AC

**ATTESTATION OF SIGNATURE**

Pursuant to Civil L.R. 131(e), the undersigned hereby attests that concurrence in the filing of this document has been obtained from all signatories hereto

Dated:  March 2, 2021                             s/  Rebecca A. Peterson

|     |                                                                    |
| --- | ------------------------------------------------------------------ |
| 1   | PROPOSED ORDER                                                     |
| 2   | The parties' above-referenced stipulation is hereby GRANTED.       |
| 3   | IT IS SO ORDERED.                                                  |
| 4   |                                                                    |
| 5   | Dated: _____          _____    |
|     |                                 THE HON. JOHN A. MENDEZ           |

- 6 -