LOCKRIDGE GRINDAL NAUEN P.L.L.P.
ROBERT K. SHELQUIST
REBECCA A. PETERSON (241858)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rapeterson@locklaw.com

Attorneys for Plaintiff

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DAVID CLASSICK, JR. Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>SCHELL & KAMPETER, INC. d/b/a DIAMOND PET FOODS, and DIAMOND PET FOODS INC.,<br><br>Defendants. | Case No. 2:18-cv-02344-JAM-AC<br><br><u>CLASS ACTION</u><br><br>**THIRD STIPULATION AND ORDER TO EXTEND DATES** |

Plaintiff RICHARD DAVID CLASSICK, JR. and Defendant SCHELL & KAMPETER, INC. d/b/a DIAMOND PET FOODS (also improperly named as Diamond Pet Foods Inc.), collectively referred to as the "Parties," by and through their respective counsel, hereby submit this Stipulation as follows:

Whereas, Defendant filed a Motion to Dismiss on February 15, 2021;

Whereas, Plaintiff filed its response to the Motion to Dismiss on March 17, 2021;

Whereas, Defendant filed its reply to the Motion to Dismiss on April 9, 2021;

Whereas, Defendant's Motion to Dismiss is fully briefed and under submission;

Whereas, the parties desire to further extend the class certification and expert deadlines and the discovery cutoff by 45 days to allow for a ruling on the Motion to Dismiss.

Therefore, the parties would like to further extend the briefing schedule on Plaintiff's motion for class certification and the related expert disclosures as set forth below:

|  | **Old Date** | **New Date** |
|---|---|---|
| Deadline to file Motion for Class Certification and serve Plaintiff's expert disclosures and reports | 06/22/21 | 08/06/21 |
| Fact discovery cut-off | 07/20/21 | 09/03/21 |
| Deadline for Plaintiff to produce experts for deposition | 08/06/21 | 09/20/21 |
| Deadline to file opposition to Motion for Class Certification and serve Defendant's expert disclosures and reports | 09/20/21 | 11/04/21 |
| Deadline for Defendants to produce experts for deposition | 10/18/21 | 12/02/21 |
| Deadline to file reply regarding Motion for Class Certification | 11/08/21 | 12/23/21 |

|  | **Old Date** | **New Date** |
|---|---|---|
| Class Certification Hearing | 01/25/22 | 03/15/22 at 1:30 PM |

**IT IS SO STIPULATED AND AGREED.**

Dated: April 28, 2021                    LOCKRIDGE GRINDAL NAUEN P.L.L.P.
                                         Robert K. Shelquist
                                         Rebecca A. Peterson (241858)


                                         By: s/ Rebecca A. Peterson
                                         Rebecca A. Peterson, #392663
                                         100 South Washington Ave., Suite 2200
                                         Minneapolis, MN 55401
                                         Telephone: 612-339-6900
                                         Facsimile: 612-339-0981
                                         E-mail: rkshelquist@locklaw.com
                                         rapeterson@locklaw.com

                                         LITE DEPALMA GREENBERG, LLC
                                         Joseph DePalma
                                         Steven J. Greenfogel
                                         Susana Cruz-Hodge
                                         570 Broad Street, Suite 1201
                                         Newark, NJ 07102
                                         Telephone: (973) 623-3000
                                         E-mail: jdepalma@litedepalma.com
                                         sgreenfogel@litedepalma.com
                                         scruzhodge@litedepalma.com

- 2 -

GUSTAFSON GLUEK PLLC
Daniel E. Gustafson,
Karla M. Gluek
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
E-mail: dgustafson@gustafsongluek.com
kgluek@gustafsongluek.com


ROBBINS LLP
Kevin A. Seely
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: kseely@robbinsllp.com

CUNEO GILBERT & LADUCA, LLP
Charles Laduca
Katherine Van Dyck
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone:(202) 789-3960
Facsimile: (202) 789-1813
E-mail: charles@cuneolaw.com
kvandyck@cuneolaw.com

**Attorneys for Plaintiff**

- 3 -

THIRD STIPULATION TO EXTEND DATES
Court File 2:18-cv-02344-JAM-AC

| | | |
|---|---|---|
| 1 | Dated: April 28, 2021 | SHOOK HARDY & BACON L.L.P. |
| | | AMIR NASSIHI (SBN 235936) |
| 2 | | |
| | | By:     s/ Amir Nassihi |
| 3 | | AMIR NASSIHI |

One Montgomery, Suite 2600
San Francisco, CA 94104
Telephone: 415.544.1900
Facsimile: 415.391.0281
E-mail: anassihi@shb.com

SHOOK HARDY & BACON L.L.P.
STEVEN D. SODEN (*admitted pro hac vice*)
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
E-mail: ssoden@shb.com

**Attorneys for Defendant SCHELL & KAMPETER, INC. d/b/a DIAMOND PET FOODS (also improperly named as Diamond Pet Foods Inc.)**

- 4 -

THIRD STIPULATION TO EXTEND DATES
Court File 2:18-cv-02344-JAM-AC

**ATTESTATION OF SIGNATURE**

Pursuant to Civil L.R. 131(e), the undersigned hereby attests that concurrence in the filing of this document has been obtained from all signatories hereto

Dated:  April 28, 2021                                   s/  Rebecca A. Peterson

1 ORDER

2  The parties' above-referenced stipulation is hereby GRANTED.

3  IT IS SO ORDERED.

4

5 Dated: April 28, 2021                    /s/ John A. Mendez
                                           THE HONORABLE JOHN A. MENDEZ
6                                          UNITED STATES DISTRICT COURT JUDGE