LOCKRIDGE GRINDAL NAUEN P.L.L.P.
ROBERT K. SHELQUIST
REBECCA A. PETERSON (241858)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rapeterson@locklaw.com

Attorneys for Plaintiff

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DAVID CLASSICK, JR. Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br>     v.<br><br>SCHELL & KAMPETER, INC. d/b/a DIAMOND PET FOODS, and DIAMOND PET FOODS INC.,<br><br>                    Defendants. | Case No. 2:18-cv-02344-JAM-AC<br><br>CLASS ACTION<br><br>**FOURTH STIPULATION AND ORDER TO EXTEND DATES** |

Plaintiff RICHARD DAVID CLASSICK, JR. and Defendant SCHELL & KAMPETER, INC. d/b/a DIAMOND PET FOODS (also improperly named as Diamond Pet Foods Inc.), collectively referred to as the "Parties," by and through their respective counsel, hereby submit this Stipulation as follows:

WHEREAS, the parties currently have a full-day mediation session scheduled before Judge Suzanne H. Segal on July 28, 2021.

Whereas, the parties desire to further extend the class certification and expert deadlines and the discovery cutoff by 75 days to focus on and conduct the mediation, and any necessary follow up activity thereafter.

Therefore, the parties would like to further extend the briefing schedule on Plaintiff's motion for class certification and the related expert disclosures as set forth below:

|  | Old Date | New Date |
|---|---|---|
| Deadline to file Motion for Class Certification and serve Plaintiff's expert disclosures and reports | 08/06/21 | 10/20/21 |
| Fact discovery cut-off | 09/03/21 | 11/17/21 |
| Deadline for Plaintiff to produce experts for deposition | 09/20/21 | 12/6/21 |
| Deadline to file opposition to Motion for Class Certification and serve Defendant's expert disclosures and reports | 11/04/21 | 01/24/22 |
| Deadline for Defendants to produce experts for deposition | 12/02/21 | 02/21/22 |
| Deadline to file reply regarding Motion for Class Certification | 12/23/21 | 03/14/22 |

- 1 -

|  | **Old Date** | **New Date** |
|---|---|---|
| Class Certification Hearing | 3/28/22 at 1:30 PM | 6/21/22 at 1:30 PM |

**IT IS SO STIPULATED AND AGREED.**

Dated: June 24, 2021

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
Robert K. Shelquist
Rebecca A. Peterson (241858)


By: s/ Rebecca A. Peterson
Rebecca A. Peterson, #392663
100 South Washington Ave., Suite 2200
Minneapolis, MN 55401
Telephone: 612-339-6900
Facsimile: 612-339-0981
E-mail: rkshelquist@locklaw.com
rapeterson@locklaw.com

LITE DEPALMA GREENBERG, LLC
Joseph DePalma
Steven J. Greenfogel
Susana Cruz-Hodge
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
E-mail: jdepalma@litedepalma.com
sgreenfogel@litedepalma.com
scruzhodge@litedepalma.com

GUSTAFSON GLUEK PLLC
Daniel E. Gustafson,
Karla M. Gluek
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
E-mail: dgustafson@gustafsongluek.com
kgluek@gustafsongluek.com

ROBBINS LLP
Kevin A. Seely
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: kseely@robbinsllp.com

CUNEO GILBERT & LADUCA, LLP
Charles Laduca
Katherine Van Dyck
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone:(202) 789-3960
Facsimile: (202) 789-1813
E-mail: charles@cuneolaw.com
kvandyck@cuneolaw.com

**Attorneys for Plaintiff**

Dated: June 24, 2021

SHOOK HARDY & BACON L.L.P.
AMIR NASSIHI (SBN 235936)

By: s/   Amir Nassihi
AMIR NASSIHI

One Montgomery, Suite 2600
San Francisco, CA 94104
Telephone: 415.544.1900
Facsimile: 415.391.0281
E-mail: anassihi@shb.com

SHOOK HARDY & BACON L.L.P.
STEVEN D. SODEN (*admitted pro hac vice*)
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
E-mail: ssoden@shb.com

**Attorneys for Defendant SCHELL &
KAMPETER, INC. d/b/a DIAMOND PET
FOODS (also improperly named as Diamond Pet
Foods Inc.)**

- 4 -

**ATTESTATION OF SIGNATURE**

Pursuant to Civil L.R. 131(e), the undersigned hereby attests that concurrence in the filing of this document has been obtained from all signatories hereto

Dated:  June 24, 2021                    s/  Rebecca A. Peterson

1    ORDER

2        The parties' above-referenced stipulation is hereby GRANTED.

3        IT IS SO ORDERED.

4

5    Dated:  June 24, 2021                    /s/ John A. Mendez
                                              _____
6                                             THE HONORABLE JOHN A. MENDEZ
                                              UNITED STATES DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    - 6 -