Mark J. Tamblyn (State Bar No. 179272)
**WEXLER WALLACE LLP**
333 University Avenue, Suite 200
Sacramento, California 95825
Telephone: (916) 565-7692
Facsimile: (312) 346-0022
mjt@wexlerwallace.com

Kenneth A. Wexler (*pro hac vice*)
**WEXLER WALLACE LLP**
55 West Monroe, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
kaw@wexlerwallace.com

Attorneys for Plaintiff

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD DAVID CLASSICK, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SCHELL & KAMPETER, INC. d/b/a DIAMOND PET FOODS, and DIAMOND PET FOODS INC.,<br><br>Defendants. | Case No. 2:18-cv-02344-JAM-AC<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY MICHELLE LUKIC FOR PLAINTIFF** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Michelle Lukic hereby withdraws her appearance in this action as counsel for Plaintiff Richard David Classick, Jr. ("Plaintiff"). Plaintiff will continue to be represented by other counsel of record from Wexler Wallace LLP, as well as the additional counsel for Plaintiff referenced below. Notice of further proceedings in this action, as well as copies of all pleadings and other filings should continue to be directed to these attorneys.

Dated: August 10, 2021                                       Respectfully submitted,

*/s/ Mark J. Tamblyn*
Mark J. Tamblyn
**WEXLER WALLACE LLP**
333 University Avenue, Suite 200
Sacramento, California 95825
Telephone: (916) 565-7692
Facsimile: (312) 346-0022
mjt@wexlerwallace.com

Kenneth A. Wexler (*pro hac vice*)
**WEXLER WALLACE LLP**
55 W. Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
kaw@wexlerwallace.com

Robert K. Shelquist (*pro hac vice*)
Rebecca A. Peterson (SBN 241858)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 South Washington Ave., Suite 2200
Minneapolis, MN 55401
Telephone: 612-339-6900
Facsimile: 612-339-0981
rkshelquist@locklaw.com
rapeterson@locklaw.com

Joseph DePalma (*pro hac vice*)
Susana Cruz-Hodge (*pro hac vice*)
**LITE DEPALMA GREENBERG, LLC**
570 Broad Street, Suite 1201

| | |
|---|---|
| 1 | Newark, NJ 07102 |
| | Telephone: (973) 623-3000 |
| 2 | jdepalma@litedepalma.com |
| | scruzhodge@litedepalma.com |
| 3 | |
| | Daniel E. Gustafson (*pro hac vice*) |
| 4 | **GUSTAFSON GLUEK PLLC** |
| | Canadian Pacific Plaza |
| 5 | 120 South 6th Street, Suite 2600 |
| | Minneapolis, MN 55402 |
| 6 | Telephone: (612) 333-8844 |
| 7 | Facsimile: (612) 339-6622 |
| | dgustafson@gustafsongluek.com |
| 8 | |
| | Kevin A. Seely |
| 9 | Trevor S. Locko |
| 10 | **ROBBINS LLP** |
| | 5040 Shoreham Place |
| 11 | San Diego, CA 92122 |
| | Telephone: (619) 525-3990 |
| 12 | Facsimile: (619) 525-3991 |
| | kseely@robbinsllp.com |
| 13 | tlocko@robbinsllp.com |
| 14 | |
| | Charles LaDuca |
| 15 | Katherine Van Dyck |
| | **CUNEO GILBERT & LADUCA, LLP** |
| 16 | 4725 Wisconsin Avenue NW, Suite 200 |
| 17 | Washington, DC 20016 |
| | Telephone:(202) 789-3960 |
| 18 | Facsimile: (202) 789-1813 |
| | charles@cuneolaw.com |
| 19 | kvandyck@cuneolaw.com |
| 20 | Attorneys for Plaintiff |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

NOTICE OF WITHDRAWAL OF ATTORNEY MICHELLE LUKIC FOR PLAINTIFF