SHOOK HARDY & BACON L.L.P.
AMIR NASSIHI (SBN 235936)
anassihi@shb.com
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: 415.544.1900
Facsimile: 415.391.0281

SHOOK HARDY & BACON L.L.P.
STEVEN D. SODEN (admitted *pro hac vice*)
ssoden@shb.com
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547

*Attorneys for Defendant*
DIAMOND PET FOODS

[additional counsel listed in signature block]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DAVID CLASSICK, JR. Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SCHELL & KAMPETER, INC. d/b/a DIAMOND PET FOODS, and DIAMOND PET FOODS INC.,<br><br>Defendants. | Case No.: 2:18-cv-02344-JAM-AC<br><br>**FIFTH STIPULATION AND ORDER TO EXTEND DATES** |

Plaintiff RICHARD DAVID CLASSICK, JR. and Defendant SCHELL & KAMPETER, INC. d/b/a DIAMOND PET FOODS (also improperly named as Diamond Pet Foods Inc.), collectively referred to as the "Parties," by and through their respective counsel, hereby submit this Stipulation as follows:

WHEREAS, the parties are currently engaged in mediation before Judge Suzanne H. Segal. Whereas, the parties desire to further extend the class certification and expert deadlines and the discovery cutoff by an additional 80 days to focus on and conduct the mediation, and any necessary follow up activity thereafter.

Therefore, the parties would like to further extend the briefing schedule on Plaintiff's motion for class certification and the related expert disclosures as set forth below:

|  | **Old Date** | **New Date** |
|---|---|---|
| Deadline to file Motion for Class Certification and serve Plaintiff's expert disclosures and reports | 10/20/21 | 01/10/22 |
| Fact discovery cut-off | 11/17/21 | 02/06/22 |
| Deadline for Plaintiff to produce experts for deposition | 12/6/21 | 02/28/22 |
| Deadline to file opposition to Motion for Class Certification and serve Defendant's expert disclosures and reports | 01/24/22 | 04/13/22 |
| Deadline for Defendants to produce experts for deposition | 02/21/22 | 05/09/22 |
| Deadline to file reply regarding Motion for Class Certification | 03/14/22 | 06/06/22 |
| Class Certification Hearing | 6/21/22 at 1:30 PM | 07/26/22 at 1:30 PM |

**IT IS SO STIPULATED AND AGREED.**

Dated:  August 27, 2021              Lockridge Grindal Nauen P.L.L.P.

　　　　　　　　　　　　　　　　　　　　*/s/ Rebecca A. Peterson*
　　　　　　　　　　　　　　　　　　　　REBECCA A. PETERSON

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　Richards David Classick, Jr.


Dated:  August 27, 2021              Shook, Hardy & Bacon L.L.P.

　　　　　　　　　　　　　　　　　　　　*/s/ Amir Nassihi*
　　　　　　　　　　　　　　　　　　　　AMIR NASSIHI
　　　　　　　　　　　　　　　　　　　　STEVEN D. SODEN

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　Diamond Pet Foods

**ATTESTATION OF SIGNATURE**

Pursuant to Civil L.R. 131(e), the undersigned hereby attests that concurrence in the filing of this document has been obtained from all signatories hereto.

Dated: August 27, 2021

/s/ *Amir Nassihi*
Amir Nassihi

**ORDER**

The parties' above-referenced stipulation is hereby GRANTED.

IT IS SO ORDERED.

Dated: August 30, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISRTICT COURT JUDGE