LOCKRIDGE GRINDAL NAUEN P.L.L.P.
ROBERT K. SHELQUIST
REBECCA A. PETERSON (241858)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rapeterson@locklaw.com

Attorneys for Plaintiff

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD DAVID CLASSICK, JR. Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SCHELL & KAMPETER, INC. d/b/a DIAMOND PET FOODS, and DIAMOND PET FOODS INC.,<br><br>　　　　　Defendants. | Case No.: 2:18-cv-02344-JAM-AC<br><br><br><br>**STIPULATION OF DISMISSAL** |

IT IS STIPULATED AND AGREED, by Plaintiff Richard David Classick, Jr. and Defendants Schell & Kampeter, Inc. d/b/a Diamond Pet Foods, and Diamond Pet Foods Inc., authorized counsel below, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's individual claims are hereby dismissed with prejudice and the class claims are dismissed without prejudice, each party to bear its own costs.

**IT IS SO STIPULATED AND AGREED.**

Dated: January 5, 2022

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
Robert K. Shelquist
Rebecca A. Peterson (241858)

By: s/ Rebecca A. Peterson
Rebecca A. Peterson, #392663
100 South Washington Ave., Suite 2200
Minneapolis, MN 55401
Telephone: 612-339-6900
Facsimile: 612-339-0981
E-mail: rkshelquist@locklaw.com
rapeterson@locklaw.com

LITE DEPALMA GREENBERG, LLC
Joseph DePalma
Steven J. Greenfogel
Susana Cruz-Hodge
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
E-mail: jdepalma@litedepalma.com
sgreenfogel@litedepalma.com
scruzhodge@litedepalma.com

GUSTAFSON GLUEK PLLC
Daniel E. Gustafson,
Karla M. Gluek
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
E-mail: dgustafson@gustafsongluek.com
kgluek@gustafsongluek.com

ROBBINS LLP
Kevin A. Seely
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: kseely@robbinsllp.com

CUNEO GILBERT & LADUCA, LLP
Charles Laduca
Katherine Van Dyck
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone:(202) 789-3960
Facsimile: (202) 789-1813
E-mail: charles@cuneolaw.com
kvandyck@cuneolaw.com

**Attorneys for Plaintiff**

Dated: January 5, 2022               SHOOK HARDY & BACON L.L.P.
                                     AMIR NASSIHI (SBN 235936)

                                     By: s/  Amir Nassihi
                                     AMIR NASSIHI

                                     One Montgomery, Suite 2600
                                     San Francisco, CA 94104
                                     Telephone: 415.544.1900
                                     Facsimile: 415.391.0281
                                     E-mail: anassihi@shb.com

                                     SHOOK HARDY & BACON L.L.P.
                                     STEVEN D. SODEN (*admitted pro hac vice*)
                                     2555 Grand Boulevard
                                     Kansas City, MO 64108
                                     Telephone: 816.474.6550
                                     Facsimile: 816.421.5547
                                     E-mail: ssoden@shb.com

                                     **Attorneys for Defendant SCHELL & KAMPETER, INC. d/b/a DIAMOND PET FOODS (also improperly named as Diamond Pet Foods Inc.)**

## ATTESTATION OF SIGNATURE

Pursuant to Civil L.R. 131(e), the undersigned hereby attests that concurrence in the filing of this document has been obtained from all signatories hereto.

Dated: January 5, 2022

                                     */s/ Rebecca A. Peterson*
                                     Rebecca A. Peterson